ACCEPTED
04-14-00883-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/26/2015 6:04:31 PM
KEITH HOTTLE
CLERK



# M. PATRICK MAGUIRE, P.C.
## ATTORNEY AT LAW

March 26, 2015

Mr. Keith Hottle
Clerk, Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/26/2015 6:04:31 PM

KEITH E. HOTTLE
Clerk

Re:    *Cause Nos. 04-14-00882-CR & 04-14-00883-CR, Darius Dukes v. State of Texas, Fourth Court of Appeals, San Antonio, Texas*

Dear Mr. Hottle:

I am writing in response to the order issued by the Court of Appeals on this date regarding my providing access of the appellate record to Mr. Dukes in accordance with *Kelly v. State*, 436 S.W.3d 212 (Tex. Crim. App. 2014). On this date, I have forwarded a complete copy of the appellate record to Mr. Dukes, consisting of the court reporter's record and the clerk's record in these causes.

The delay in getting this accomplished was not intentional, but was the result of an oversight on my part due to my having been out of the office last week and being in court virtually this entire week. I take my obligations to my clients very seriously and I apologize to the Court for this oversight.

Please feel free to contact me should you have any questions.

Sincerely,

**M. PATRICK MAGUIRE, P.C.**

M. Patrick Maguire

cc:    Scott Monroe
       Darius Dukes
       Tammy Knueper

945 Barnett St.  •  Kerrville, TX 78028
Ph. 830.895.2590  •  Fax 830.895.2594  •  mpmlaw@ktc.com

Certified Mediator  •  **BOARD CERTIFIED** Criminal Appellate Law
Texas Board of Legal Specialization